James B. Lewis, # 297326
jim@jameslewislawoffice.com
P.O. Box 2832
Laguna Hills, CA 92654
(310) 903-8926 phone
(213) 403-5409 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY M. HOBDY,<br><br>   Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:22-cv-8388-JC<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) and Costs Pursuant to 28 U.S.C. §1920,

IT IS ORDERED that attorney fees and expenses of $1,602.40 as authorized by 28 U.S.C. §2412(d) and costs of $402.00 as authorized by 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

DATE: April 28, 2023

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE